UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:96-00037 |
| TIMOTHY JAY HAMMONDS | JUDGE NIXON |

## AGREED ORDER

In this case, counsel for the parties having agreed to request the Court to terminate supervision in this case, following consultation with the United States Probation Officers supervising Mr. Hammonds, it is hereby ordered that his supervision be terminated as of noon, Friday, August 31, 2012.

_____
Senior Judge John T. Nixon
U. S. District Court
Middle District of Tennessee

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2012, I electronically filed the foregoing Agreed Order with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Mr. Joshua Smith, United States Probation Officer, 110 Ninth Avenue, South, Suite A-725, Nashville, TN 37203-3899; Mr. Augustine Omelogu, United States Probation Officer, 110 Ninth Avenue, South, Suite A-725, Nashville, TN 37203-3899; and Mr. Timothy J. Hammonds, 324 Cedarmont Dr., Nashville, TN 37211.

/s/ Jude T. Lenahan
JUDE T. LENAHAN